UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

MANUEL HERNANDEZ,

          Plaintiff,

-vs-                                   Case No. 2:09-cv-747-FtM-36SPC

WILSONART INTERNATIONAL, INC., a foreign
corporation,

          Defendant.
_____

## ORDER

This matter comes before the Court on the Plaintiff, Manuel Hernandez's Motion for Clarification and/or Rehearing of Order on Defendant's Motion to Compel and Plaintiff's Motion for an Extension (Doc. #29) filed on June 16, 2010. On June 16, 2010, this Court entered an Order (Doc. # 27) granting the Plaintiff's Motion for an Extension of Time to File A Response to the Defendant's Motion to Compel. The Plaintiff was given up to and including June 17, 2010, as requested, to file his response. The Plaintiff filed his Response (Doc. # 28) on June 16, 2010. The Court will review the Motion to Compel (Doc. # 23) taking into account the Plaintiff's Response (Doc. # 28) filed on June 16, 2010. No further action is needed by the Plaintiff in this regard as the Court's Order was merely an extension of time as requested by the Plaintiff. .

Accordingly, it is now

**ORDERED:**

The Plaintiff, Manuel Hernandez's Motion for Clarification and/or Rehearing of Order on Defendant's Motion to Compel and Plaintiff's Motion for an Extension (Doc. #29) is **GRANTED in part and DENIED in part.**

(1) The Plaintiff, Manuel Hernandez's Motion for Clarification is **GRANTED** to the extent that no further action need be taken by the Plaintiff in regards to his Response.

(2) The Plaintiff, Manuel Hernandez's Motion for Reconsideration is **DENIED**.

(3) The Court will review the Motion to Compel (Doc. # 23) taking into account the Plaintiff's Response (Doc. # 28).

**DONE AND ORDERED** at Fort Myers, Florida, this __22nd__ day of June, 2010.

SHERI POLSTER CHAPPELL
UNITED STATES MAGISTRATE JUDGE

Copies: All Parties of Record