## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## FORT MYERS DIVISION

MANUEL HERNANDEZ,

                        Plaintiff,

-vs-                                                    Case No.  2:09-cv-747-FtM-36SPC

WILSONART INTERNATIONAL, INC., a foreign
corporation,

                        Defendant.
_____

## <u>ORDER</u>

This matter comes before the Court on Non-Party United States Equal Employment

Opportunity Commission's Motion to Quash Defendant's Subpoena Duces Tecum (Doc. #43) filed

on August 10, 2010.  Defendant Wilsonart filed its expedited Response in Opposition on August 13,

2010 (Doc. #45). The Motion is now ripe for review.

In this case, Non-Party EEOC moves to quash the subpoena duces tecum that Wilsonart

served on it which would require the appearance of the EEOC Investigator who worked on Plaintiff's

Charge of Discrimination.  The Court notes that the subpoena was issued out of the Southern District

of Florida. *See* Doc. #45, Ex. 1.  This Court has no jurisdiction over any subpoena not issued by this

Court and therefore the Motion is due to be denied without prejudice for refiling in the court of

issuance. *See* <u>Rivertree Landing, LLC v. Murphy</u>, 2007 WL 3333357, *1 (M.D. Fla. Nov. 9, 2007).

Accordingly, it is now

**ORDERED:**

Non-Party United States Equal Employment Opportunity Commission's Motion to Quash

Defendant's Subpoena Duces Tecum (Doc. #43) is **DENIED without prejudice**.

**DONE AND ORDERED** at Fort Myers, Florida, this   16th   day of August, 2010.

SHERI POLSTER CHAPPELL
UNITED STATES MAGISTRATE JUDGE

Copies: All Parties of Record