**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**FORT MYERS DIVISION**

MANUEL HERNANDEZ,

                Plaintiff,

-vs-                                        Case No.  2:09-cv-747-FtM-36SPC

WILSONART INTERNATIONAL, INC., a foreign
corporation,

                Defendant.

_____

**<u>ORDER</u>**

       This matter comes before the Court on the Plaintiff, Manuel Hernandez's Motion to Allow Plaintiff to Attend Mediation Conference Via Telephone-Video Conference Due to Recent Medical Condition or to Extend Period for Completing Mediation (Doc. #80) filed on March 11, 2011.  The Defendant, Wilsonart International, filed its Response in Opposition (Doc. # 81) on March 14, 2011.  The Motion is now ripe for review.

       This case is set for mediation on Wednesday, March 16, 2011, in Ft. Lauderdale, Florida.  The Plaintiff moves the Court to attend the mediation via telephone-video conference. The Plaintiff states that he was in an accident and cannot sit for more than thirty (30) minutes.  Therefore, he claims that he is unable to travel to Ft. Lauderdale from Ft. Myers and cannot sit through a four (4) or five (5) hour mediation in person.  Alternatively, the Plaintiff would like to extend the deadline for mediation, but does not propose a date.  The Plaintiff states that he may be able to travel and sit through a mediation by April 18, 2011, pursuant to a medical release from his physician.  The Defendant opposes the request for the Plaintiff to appear via telephone-video conference, but is not

opposed to an extension of the mediation deadline if all of the remaining deadlines including the pretrial conference and the trial term are enlarged as well.

If the Plaintiff's injuries prevent him from sitting through a mediation in Fort Lauderdale it is doubtful that he could actively participate in the mediation from Fort Myers via a video-telephone conference.  The rationale behind the requirement that a party attend the mediation in person is so that the party may actively participate in the discussions and negotiations.  It is clear from the Plaintiff's Motion, that he would be unable to actively participate in this process.  Therefore, the Motion to appear by video-telephone conference is denied.

In the alternative, an extension of time will give the Plaintiff the opportunity to recover from his injuries and to fully participate, in a meaningful way, in the mediation process.  An extension of time will also prevent the Parties from rushing into a mediation while at the same time trying to prepare for a trial on the issues that could be resolved during the mediation.  Therefore, good cause exists to enlarge the mediation and the remaining deadlines in the Case Management and Scheduling Order.

Accordingly, it is now

**ORDERED:**

The Plaintiff, Manuel Hernandez's Motion to Allow Plaintiff to Attend Mediation Conference Via Telephone-Video Conference Due to Recent Medical Condition or to Extend Period for Completing Mediation (Doc. #80) is **GRANTED in part and DENIED in part**.

(1) The Plaintiff, Manuel Hernandez's Motion to Allow Plaintiff to Attend Mediation Conference Via Telephone-Video Conference is **DENIED**.

(2) The Plaintiff, Manuel Hernandez's Motion to Extend the Mediation Deadline is

**GRANTED**.

(3) The Case Management and Scheduling Order is Modified as follows:

| | |
|---|---|
| Mediation Deadline: | **May 16, 2011** |
| Meeting In Person to Prepare Joint Final Pretrial Statement (Including a Single Set of Jointly Proposed Jury Instructions and Verdict Forms (With diskette), Voir Dire Questions, Witnesses Lists, Exhibit Lists on Approved Form) | **May 20, 2011** |
| All Other Motions Including Motions *In Limine*, Trial Briefs | **June 3, 2011** |
| Final Pretrial Conference          Date:<br>                                       Time:<br>                                       Judge: | **June 20, 2011**<br>**1:30pm.**<br>**Honorable Charlene Edwards Honeywell** |
| Trial Term Begins<br>(Trials Before Magistrate Judges Begin on Date Certain) | **July 5, 2011** |

**DONE AND ORDERED** at Fort Myers, Florida, this __15th__ day of March, 2011.

SHERI POLSTER CHAPPELL
UNITED STATES MAGISTRATE JUDGE

Copies: All Parties of Record
         DCCD Libby Figgers