**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**FT. MYERS DIVISION**

MANUEL HERNANDEZ,

    Plaintiff,

v.                                              CASE NO. 2:09-CV-747-FtM-36SPC

WILSONART INTERNATIONAL, INC.,
a foreign corporation,

    Defendant.
_____/

**ORDER**

    This cause comes before the Court on the Report and Recommendation of United States Magistrate Judge Sheri Polster Chappell, filed on December 30, 2011 (Doc. 120). In the Report and Recommendation, Judge Chappell recommends that Defendant's Notice of Filing Bill of Costs, filed on July 25, 2011 (Doc. 106), be granted in part and denied in part. Neither party filed an objection to the Report and Recommendation, and the time to do so has expired.

    After careful consideration of the Report and Recommendation of the Magistrate Judge, in conjunction with an independent examination of the court file, the Court is of the opinion that the Magistrate Judge's Report and Recommendation should be adopted, confirmed, and approved in all respects.

    Accordingly, it is hereby **ORDERED and ADJUDGED**:

    1.    The Report and Recommendation of the Magistrate Judge (Doc. 120) is **ADOPTED**, **CONFIRMED**, and **APPROVED** in all respects and is made a part of this Order for all purposes, including appellate review.

2. Defendant's Notice of Filing Bill of Costs (Doc. 106) is **GRANTED in part** and **DENIED in part**.

3. Fees and Costs are awarded as follows:

   (a) Fees for service of summons and subpoena are awarded in the amount of $1,175.00.

   (b) Fees for printed or electronically recorded transcripts are awarded in the amount of $4,537.64.

   (c) Fees for witnesses are awarded in the amount of $46.00.

   (d) Fees for exemplification and copying costs are awarded in the amount of $302.48.

   (e) Compensation of interpreters and costs of special interpretation services are awarded in the amount of $975.00.

4. Defendant Wilsonart International, Inc. is awarded total costs and fees in the amount of $**7,036.12**.[1]

5. The Clerk is directed to enter judgment accordingly

**DONE AND ORDERED** at Ft. Myers, Florida, on January 25, 2012.

Charlene Edwards Honeywell
United States District Judge

**COPIES TO**:
COUNSEL OF RECORD

---

[1] The Court notes that the Magistrate's Report and Recommendation lists the total Costs to which Defendant is entitled as "$7,036.1" (Doc. 120, p.12), but the sum total is $7,036.12.